JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
KAUFMAN LAW OFFICE
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4616
Facsimile: (415) 956-1664
E-Mail:   klo-jmk@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURMIT KAUR MOMI,<br><br>       Plaintiff,<br><br>vs.<br><br>EMILIO T. GONZALEZ,<br>Director, United States Immigration<br>and Citizenship Services,<br><br>       Defendant. | Case No. C 06–0852 PJH<br><br>STIPULATION CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

   This immigration case concerns defendant's adjudication of asylee relative petitions plaintiff filed for her children. Defendant has scheduled plaintiff's children for an appointment at the USCIS office in New Delhi on March 27, 2006. The parties believe that a resolution of the dispute may be obtained through the administrative proceedings and that the hearing on plaintiff's motion for a preliminary injunction should be continued.

   Accordingly, the parties, by and through their respective attorneys, stipulate that hearing on plaintiff's motion for a preliminary injunction be continued to May 31, 2006 at 9:00 a.m.

Dated: March 15, 2006

JONATHAN M. KAUFMAN
Attorney for Plaintiff

1

KEVIN V. RYAN
United States Attorney

Dated: March 15, 2006

ILA C DEISS
Assistant United States Attorney
Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED.**

Dated: 3/16/06

PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2

|   |   |
|---|---|
|   | KEVIN V. RYAN<br>United States Attorney |

Dated: March __, 2006

_____
ILA C DEISS
Assistant United States Attorney
Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

Dated:

_____
PHYLISS J. HAMILTON
United States District Judge

2