```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GURMIT KAUR MOMI, ) | No. C 06-0852 PJH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO DISMISS AND** |
| ) | **[PROPOSED] ORDER** |
| EMILIO T. GONZALEZ, Director, United States ) | |
| Citizenship and Immigration Services, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, by and through her attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the United States Citizenship and Immigration Services issued travel documents for her children.

Each of the parties shall bear their own costs and fees.

///

///

Stip to Dismiss
C06-0852 PJH

| | | |
|---|---|---|
| 1 | Date: April 5, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

Date: April 5, 2006

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 4/7/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stip to Dismiss
C06-0852 PJH